# Court of Appeals
# of the State of Georgia

ATLANTA, November 14, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0089. RONNETTE E. CARBY v. US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2006-15XS, et al.**

Ronnette Carby filed a wrongful foreclosure action against numerous defendants. On October 11, 2013, the trial court dismissed the case as to defendant US Bank National Association. The court specified, however, that "[t]he case may proceed as to [defendant] Richard B. Maner, P. C., only." Carby then filed this application for discretionary appeal. We lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." (Punctuation and citation omitted.) *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989). Here, although the trial court dismissed Carby's claims against US Bank National Association, her claims against Richard Maner, P. C., remain pending. Therefore, the challenged order is not a final order, and it is appealable only through the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b). See id. Because Carby has failed to comply with those procedures, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/14/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*